# UNITED STATES DISTRICT COURT

**Eastern**   District of   **California**

CHRISTINA THURNER

Plaintiff (s),

V.

WALMART, INC.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  2:25-CV-01530-DAD  SCR

Notice is hereby given that, subject to approval by the court, _____WALMART, INC._____ substitutes

(Party (s) Name)

_____William P. Cole_____ , State Bar No. ____186772____ as counsel of record in place

(Name of New Attorney)

place of   ___Michael F. Healy, Kevin Underhill and Kara M. Flageollet of Shook, Hardy & Bacon L.L.P.___ .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   AMIN WASSERMAN GURNANI LLP

Address:   515 S. FLOWER ST., 18TH FL.

Telephone:   213-933-2330        Facsimile  312-884-7352

E-Mail (Optional):   wcole@awglaw.com

I consent to the above substitution.

Date:   5/7/2026

*/s/ Mark Jung*

Walmart Inc.

(Signature of Party (s))

I consent to being substituted.

Date:   May 7, 2026

/s/ Michael F. Healy

Michael F. Healy

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   5/11/2026

*/s/ William P. Cole*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   M a y  1 1 ,  2 0 2 6

Dale A. Drozd

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**