# United States District Court
# Eastern District of California

Christina Thurner

Plaintiff(s)

V.

Walmart, Inc.

Defendant(s)

Case Number: 2:25-cv-01530-DAD-SCR

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, August T. Horvath hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Walmart, Inc.

On June 10, 1997 (date), I was admitted to practice and presently in good standing in the State Bar of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/5/26

Signature of Applicant: /s/ August T. Horvath

**Pro Hac Vice Attorney**

Applicant's Name: August T. Horvath

Law Firm Name: FOLEY HOAG LLP

Address: 1301 Avenue of Americas

25th Floor

City: New York State: NY Zip: 10019

Phone Number w/Area Code: (212) 812-0344

City and State of Residence: Scarsdale, NY

Primary E-mail Address: ahorvath@foleyhoag.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Monica Frascona

Law Firm Name: FOELY HOAG LLP

Address: 1331 17th Street

Suite 600

City: Denver State: CO Zip: 80202

Phone Number w/Area Code: (303) 301-2983 Bar # 242308

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 5, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT